JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL ONE, N.A.,<br><br>                 Plaintiff,<br><br>v.<br><br>ERMA LOPEZ, GIL LOPEZ, EXPEDIA LENDING GROUP, and DOES 1 through 25, inclusive,<br><br>                 Defendants. | Case No. 2:14-CV-04832-MMM-JEMx<br><br>*Assigned to Courtroom 780*<br>*The Hon. Margaret M. Morrow*<br>*Magistrate Judge John E. McDermott*<br><br>**[PROPOSED] JUDGMENT**<br><br>[*Filed concurrently with Stipulation for Entry of Judgment*] |

**[PROPOSED] JUDGMENT**

Based on the Stipulation for Entry of Judgment signed by Plaintiff Capital One, N.A., by and through its counsel of record, and Defendant Erma Lopez aka Ermalinda Lopez ("Erma Lopez") (collectively the "Parties") on or about October _, 2014, and good cause appearing therefore:

**IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

A. Judgment is hereby entered in favor of Plaintiff Capital One, N.A. and against Defendant Erma Lopez, who is the sole defendant remaining in the action, on all claims in the Complaint.

B. Capital One purchased real property and improvements located at 2901 W. 141st Place, Gardena, California 90249, in Los Angeles, California (the "GARDENA PROPERTY"), which is legally described as follows:

> LOT 12, OF TRACT NO. 23780, IN THE CITY OF GARDENA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 621 PAGE(S) 27, 28 AND 29 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

C. Capital One's purchase of the GARDENA PROPERTY is evidenced by a Trustee's Deed Upon Sale recorded in the Los Angeles County Recorder's Office on May 4, 2012 as document number 20120668230.

D. The following documents relating to the GARDENA PROPERTY, which were recorded in the Los Angeles County Recorder's Office, are forgeries, are deemed VOID, and do not encumber or alter title to the GARDENA PROPERTY:

1. The Grant Deed recorded on July 30, 2012 and exhibits thereto, recorded as document number 20121123111.
2. The Short Form Deed of Trust and Assignment of Rents recorded on July 30, 2012 and exhibits thereto, recorded as document number

1 | 20121123112.

2   E.   Capital One also purchased real property and improvements located at 15141 Midcrest Drive, Whittier, CA 90604, in Los Angeles, California (the "WHITTIER PROPERTY"), which is legally described as follows:

> LOT 5, OF TRACT NO. 24643, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 641 PAGE(S) 99, AND 100 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

F.   Capital One's purchase of the WHITTIER PROPERTY is evidenced by a Trustee's Deed Upon Sale recorded in the Los Angeles County Recorder's Office on January 30, 2012 as document number 20120159589.

G.   The following document relating to the WHITTIER PROPERTY, which was recorded in the Los Angeles County Recorder's Office, is a forgery, is deemed VOID, and does not encumber or alter title to the WHITTIER PROPERTY:

> 1. The Grant Deed recorded on August 27, 2012 and exhibits thereto, recorded as document number 20121277735.

H.   The Court retains jurisdiction to amend this judgment in the event that the Los Angeles Recorder's Office deems the judgment deficient in some manor and does not accept a copy thereof for recording.

I.   Capital One, N.A. shall recover nothing from Defendant Erma Lopez.

J.   The Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 30, 2014

            _/s/ Margaret M. Morrow_
            The Honorable Margaret M. Morrow
            United States District Court Judge